# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| ALFRED WAYNE PERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANIEL W. MASSEY (in his capacity )<br>as clerk of court); and ROBERT W. )<br>ATTRIDGE (in his capacity as )<br>Assistant public defender, )<br>)<br>Defendants. ) | Case No. CV412-211 |

## **REPORT AND RECCOMENDATION**

In *Perry v. Massey*, CV412-199 (S.D. Ga.), this Court twice directed inmate Alfred Wayne Perry to submit the forms needed to file the 42 U.S.C. § 1983 case that he seeks to bring against a clerk of state court and a public defender. *Id.* docs. 3 & 5. Since he twice failed to comply, the undersigned recommended dismissal pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41(b). Doc. 6. That Report and Recommendation (R&R) is still pending.

Meanwhile, he filed this case, which is essentially a re-do of CV412-

199.[1]  Having completed his IFP paperwork, docs 4 & 5, the Court will now screen his case under 28 U.S.C. § 1915(e)(2)(B)(ii) (a district court may sua sponte dismiss a claim of an a plaintiff proceeding in forma pauperis for failure to state a claim before service of process) and 28 U.S.C. § 1915A (courts must identify "cognizable claims" filed by prisoners or other detainees and dismiss claims which are frivolous, malicious, fail to state a claim for relief, or seek monetary relief from a defendant immune from such relief).

Perry is currently slated for a jury trial in state court on rape, aggravated sodomy, false imprisonment, aggravated assault, and aggravated sodomy charges. *See* attached docket sheets. Perry wants to sue that court's clerk (Daniel Massey), plus his appointed defense counsel (Robert W. Attridge), for "defamation" -- causing to be publicly posted the attached docket showing his indictment and subsequent proceedings. Doc. 1 at 7-8. This patently frivolous case should be

---

[1] He has also filed several other cases, including *Perry v. Pennington*, CV412-096 (S.D. Ga. Apr. 11, 2012), which was dismissed for failure to state a claim. *Id.*, doc. 11. He is a candidate for 28 U.S.C. § 1915(g) treatment.

**DISMISSED WITH PREJUDICE.**[2] It shall constitute a 28 U.S.C. § 1915(g) strike. *See supra* n. 1.

Meanwhile, Perry must pay for filing this lawsuit. Based upon his furnished information, he owes an initial partial filing fee of $16.18. *See* 28 U.S.C. § 1915(b)(1) (requiring an initial fee assessment "when funds exist," under a specific 20 percent formula). Plaintiff's custodian shall deduct $16.18 from Perry's account and remit it to the Clerk of Court. The custodian also shall set aside 20 percent of all future deposits to the

---

[2] Government defamation resulting in an alteration in legal status may implicate a liberty interest under the Due Process Clause of the Fourteenth Amendment. *Paul v. Davis*, 424 U.S. 693, 711-12 (1976). *Paul's* "stigma plus" standard requires a change in an individual's legal status plus the stigma suffered from the government defamation. *Id.*; *Crowe v. County of San Diego*, 608 F.3d 406, 444 (9th Cir. 2010). But "the plaintiff also must demonstrate that [his] liberty was deprived without due process of law. Stated differently, the availability of adequate process defeats a stigma-plus claim." *Hefferan v. Corda*, 2012 WL 4465320 at * 2 (2nd Cir. Sep. 28, 2012) (quotes and cite omitted). Here the state is giving Perry a full criminal trial -- all the process he is due. And just as it has published its charges against him, it will similarly publish any name-clearing acquittal.

For that matter, the defendant clerk enjoys quasi-judicial immunity from suit for routine *duties* (e.g., web-posting state court docket information) that are integrally related to the judicial process. *Jenkins v. Clerk of Court, U.S. Dist. Court, Southern Dist. of Fla.*, 150 Fed. App'x 988, 990 (11th Cir. 2005); *Harpo v. Davis*, 2012 WL 1038733 at * 2 (N.D. Ga. Mar. 27, 2012) (collecting cases). He also is immune under the Eleventh Amendment to the extent he is sued in his official capacity. *Id.* And since public defenders are not state actors within the meaning of § 1983, *Polk County v. Dodson*, 454 U.S. 312, 325 (1981), Perry's case against Attridge fails on those grounds, too.

account, then forward those funds to the Clerk each time the set aside amount reaches $10, until the balance of the Court's $350 filing fee has been paid in full. In the event plaintiff is transferred to another institution, plaintiff's present custodian shall forward a copy of this Order and all financial information concerning payment of the filing fee and costs in this case to plaintiff's new custodian. The balance due from the plaintiff shall be collected by the custodian at his next institution in accordance with the terms of this Order.

A copy of this Order and a copy of the Consent to Collection of Fees from Trust Account shall be served upon plaintiff and his current custodian. The payment portion of this Order is to be implemented immediately, as it is not subject to the adoption provision of Fed. R. Civ. P. 72(b).

**SO REPORTED AND RECOMMENDED** this 22nd day of October, 2012.

*/s/ M. Smith*
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**





**CHATHAM COUNTY, GA**
**Eastern Judicial Circuit of Georgia**

Home    Magistrate Court    Probate Court    State Court    Superior Court    Juvenile Court    Recorder's Court    Court Forms    Court Fees

October 17, 2012     Location: Case Details     *Input your search...*

**CASE LOOKUP**
**COURT FORMS**
**COURT FEES**
**MAP & DIRECTIONS**
**JURY SERVICES**
**SITE SEARCH**

## Case Details

### State VS. PERRY, ALFRED WAYNE

- Case Events
- Charges
- Parties
- Proceedings

### Case Information

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR112042 |
| Case Type: | RAPE |
| Judge: | HONORABLE MICHAEL KARPF |
| Assistant District Attorney: | FRANK PENNINGTON |
| Date Filed: | 9/14/2011 |
| Status: | ACTIVE - |
| Next Event: | 11/5/2012 TRIAL DOCKET CALL |

### Attorney Information

ANNE PANNELL RODMAN
P O BOX 14064
SAVANNAH, GA
31406

### Bondsman Information

N/A

### Defendant Information

| | |
|---|---|
| Name: | PERRY, ALFRED WAYNE |
| DIN: | P0910084 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 66 |
| Weight: | 180 |
| Eyes: | BROWN |
| Hair: | BLACK |

Chatham County Sheriff P0910084

Click for large Picture

**Defendant History**

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 11/5/2012 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 9/10/2012 | 09:30AM | JURY TRIAL | MICHAEL KARPF | CANCELLED EVENT - CL |
| 8/30/2012 | 1:30PM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 8/13/2012 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 6/4/2012 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |
| 5/31/2012 | 1:30PM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 5/29/2012 | 09:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 5/7/2012 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 4/16/2012 | 09:00AM | MOTION HEARING (MTH) | MICHAEL KARPF | |
| 1/26/2012 | 1:30PM | JURY TRIAL DOCKET REVIEW | MICHAEL KARPF | |
| 1/4/2012 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 11/14/2011 | 09:30AM | TRIAL DOCKET CALL | MICHAEL KARPF | |
| 9/26/2011 | 09:30AM | JURY TRIAL | MICHAEL KARPF | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| (FVA)16-5-21 | (Family Violence Act) Aggravated Assault | 1 | FELONY | 2/16/2011 | |
| 16-5-41 | FALSE IMPRISONMENT | 1 | FELONY | 2/16/2011 | |
| (FVA)16-5-21 | (Family Violence Act) Aggravated Assault | 1 | FELONY | 9/13/2011 | |
| 16-5-41 | FALSE IMPRISONMENT | 1 | FELONY | 9/13/2011 | |
| 16-6-1 | RAPE | 1 | FELONY | 9/13/2011 | |
| 16-6-2(AGG) | AGGRAVATED SODOMY | 1 | FELONY | 9/13/2011 | |

[Return to Top]

**Proceedings**

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 11/5/2012 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 9/27/2012 | | PRO SE LETTER RECEIVED | | | |
| 9/20/2012 | | PRO SE LETTER RECEIVED | | | |
| 9/18/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 9/13/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 9/10/2012 | 09:30AM | JURY TRIAL | CANCELLED EVENT - CL | MICHAEL KARPF | |
| 8/30/2012 | 1:30PM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 8/20/2012 | | PRO SE LETTER RECEIVED | | | |
| 8/20/2012 | | PRO SE LETTER RECEIVED | | | |
| 8/16/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 8/14/2012 | | PRO SE LETTER RECEIVED | | | |
| 8/13/2012 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 8/10/2012 | | PRO SE LETTER RECEIVED | | | |
| 8/1/2012 | | PRO SE LETTER RECEIVED | | | |
| 7/30/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/29/2012 | | PRO SE LETTER RECEIVED | | | |
| 6/25/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/14/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/11/2012 | | PRO SE LETTER RECEIVED | | | |
| 6/4/2012 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 5/31/2012 | 1:30PM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 5/29/2012 | 09:00AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 5/24/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | CASE INQUIRY RPT/ |
| 5/17/2012 | | SUBPOENA | | | TO ABBY SALAZAR-SCMPD/OFF N KOHLES/ OFF WM SHARPLEY/MATT RUSSELL/BRUCE WATKINS/ |
| 5/7/2012 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 4/16/2012 | 09:00AM | MOTION HEARING (MTH) | | MICHAEL KARPF | |
| 4/2/2012 | | SUBPOENA DUCES TECUM | | | DR AL AHUJA/GLORIA SMITH/ |
| 2/14/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 2/13/2012 | | MOTION - IN LIMINE | MOOT | | 5-29-12 NO HEARING NEEDED/ |
| 2/2/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/30/2012 | | PRO SE LETTER RECEIVED | | | |
| 1/26/2012 | 1:30PM | JURY TRIAL DOCKET REVIEW | | MICHAEL KARPF | |
| 1/23/2012 | | PRO SE LETTER RECEIVED | | | |
| 1/12/2012 | | PRO SE LETTER RECEIVED | | | |
| 1/6/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/6/2012 | | PRO SE LETTER RECEIVED | | | |

| 1/5/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/4/2012 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 12/30/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 12/30/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 12/30/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 12/15/2011 | | PRO SE LETTER RECEIVED | | | |
| 12/5/2011 | | RESPONSE FROM OFFICE OF CLERK OF SUP CT | | | |
| 12/5/2011 | | PRO SE LETTER RECEIVED | | | |
| 11/22/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 11/22/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 11/21/2011 | | PRO SE LETTER RECEIVED | | | |
| 11/18/2011 | | PRO SE LETTER RECEIVED | | | |
| 11/14/2011 | 09:30AM | TRIAL DOCKET CALL | | MICHAEL KARPF | |
| 11/2/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/24/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/19/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/19/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 10/10/2011 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 9/26/2011 | 09:30AM | JURY TRIAL | | MICHAEL KARPF | |
| 9/23/2011 | | DEFENDANTS LIST OF WITNESSES | | | DISCLOSURE OF IMPEACHMENT EVIDENCE/ |
| 9/22/2011 | | SUBPOENA DUCES TECUM | | | DR AL AHUJA/ |
| 9/20/2011 | | SUBPOENA | | | BRUCE WATKINS/ |
| 9/19/2011 | | SUBPOENA | | | MATT RUSSELL/OFC WILLIAM SHARPLEY/OFC NICOLE KOHLES/ABBY SHALZAR/ |
| 9/15/2011 11:31:16 AM | | SCREENING | | | INITIAL CASE SCREENING / SCANNING |
| 9/14/2011 | | INDICTMENT | | | |

[Return to Top]

Home | Magistrate Court | Probate Court | State Court | Superior Court | Juvenile Court | Recorder's Court | Court Forms | Court Fees

© Copyright 2012 - Chatham County Courts